

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00064-CV
_____

IN THE INTEREST OF N.C., A CHILD

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 19-1019

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

On May 25, 2021, the trial court signed an order denying Eric Hendrix, Jr.'s, petition to change the name of a child. Because Hendrix did not file any motion or request that would extend the deadline to file a notice of appeal, the notice of appeal was due within thirty days after the order was signed, on June 24, 2021. *See* TEX. R. APP. P. 26.1(a). Hendrix filed his notice of appeal July 7, 2021. Although the fifteen-day motion for extension of time contemplated by Rule 26.3 of the Texas Rules of Appellate Procedure is implied in civil cases, an appellant must also provide a reasonable explanation for the late filing to avoid dismissal of the appeal. *In re G.J.P.*, 314 S.W.3d 217, 221 (Tex. App.—Texarkana 2010, pet. denied).

By letter of July 27, 2021, we requested that Hendrix file with this Court a reasonable explanation for the late filing of his notice of appeal. We warned Hendrix that, if we did not receive an adequate response within twenty days of the date of our letter, we could dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3.

Hendrix did not respond to our letter. As a result, this appeal is ripe for dismissal.

In light of the foregoing, we dismiss the appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     September 1, 2021
Date Decided:       September 2, 2021

2